# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, ) <br> successor to National City Bank, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUPERIOR SMALL ENGINE REPAIR, INC.) <br> and MICHAEL A. DEANO, ) <br> ) <br> Defendants. ) | Case No.   2017-cv-3016 <br><br> <u>Judge</u> <br> Hon. Charles R. Norgle, Sr. <br><br><br> <u>Magistrate</u> <br> Hon. Jeffrey T. Gilbert |

## MOTION FOR ENTRY OF
## <u>EX PARTE JUDGMENT BY CONFESSION</u>

NOW COMES the plaintiff, PNC Bank, National Association, successor to National City Bank ("PNC"), by and through its attorneys, McFadden & Dillon, P.C., and moves for entry of *ex parte* judgment by confession against the defendants, Superior Small Engine Repair, Inc. ("Superior") and Michael A. Deano, ("Mr. Deano") (collectively, the "Defendants"). In support thereof, PNC states as follows:

1. The above-captioned cause was filed on April 21, 2017 and is presently pending before this Court.

2. PNC asserts in its Complaint a claim against the Defendants for breach of contract arising out of a Small Business Line of Credit Agreement (the "Note") executed by Superior in favor of PNC in the original principal amount of $100,000.00. The Note included a Guaranty of Payment provision which Mr. Deano executed in his individual capacity, thereby guaranteeing the prompt payment of all of Superior's

1

indebtedness owed to PNC under the Note. A true and correct copy of the Note is attached to the Complaint as <u>Exhibit B</u> and incorporated by reference.

3. The Illinois Code of Civil Procedure provides, in pertinent part:

> [A]ny person for a debt bona fide due may confess judgment by himself or herself or attorney duly authorized, without process. The application to confess judgment shall be made . . . in the county in which one or more of the defendants reside . . . .

735 ILCS 5/2-1301(c).

4. In pertinent part, the Note provides as follows:

> Borrower and each Guarantor hereof jointly and severally authorize any attorney at law to appear in any Court of Record in the State of Illinois or any other State or Territory of the United States after the indebtedness evidenced by and arising under this Agreement becomes due and admit the maturity of this Agreement, the amount due thereon, and the jurisdictional facts thereof, and waive the issuing and service of process, and confess judgment against such Borrower and/or Guarantor in favor of the holder of this Agreement for the amount then appearing due and costs of suit (including, but not limited to, attorneys' fees) and thereupon to waive all errors, rights of appeal and stay of execution.

(Complaint Ex. B at 7.)

5. PNC submits herewith as <u>Exhibit A</u> the Affidavit of Frank Kiernan, a Vice President and Senior Asset Manager of the Asset Resolution Team of PNC, verifying the Note and Guaranty and setting forth the amounts due under the Note.

6. PNC also submits herewith as <u>Exhibit B</u> a Confession executed by Wendy Kaleta Gattone, a licensed Illinois attorney, on behalf of the Defendants, confessing judgment against them pursuant to the express provisions of the Note and Guaranty.

2

**WHEREFORE**, plaintiff, PNC Bank, National Association, successor to National City Bank, respectfully requests that this honorable court, pursuant to the express confession of judgment provision of the Note and Guaranty along with the Confession submitted herewith, (i) enter judgment by confession in favor of PNC and against the defendants, Superior Small Engine Repair, Inc. and Michael A. Deano, on Count I of the Complaint; and (iii) grant such further and additional relief as this court may deem just and proper.

                Respectfully submitted,

                /s/ Nicholas S. Maragos

Thomas J. Dillon (ARDC#3124223)    One of the attorneys for plaintiff,
t.dillon@mcdillaw.com    PNC Bank, National Association,
Nicholas S. Maragos (ARDC#6306503)    successor to National City Bank
n.maragos@mcdillaw.com
Kyle T. Dillon (ARDC #6323818)
k.dillon@mcdillaw.com
MCFADDEN & DILLON, P.C.
120 S. LaSalle Street, Suite 1335
Chicago, Illinois 60603
(312) 201-8300